| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| VAN SICKLE, FRED | U.S. DISTRICT COURT | 08/18/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☒ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. BOX 2209 SPOKANE, WA 99210 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Washington State Judicial Retirement Systems |
| 2. | Washington State Deferred Compensation |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, FRED | 08/18/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | State of Washington Judicial Retirement | $ 48,484 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | State of Washington Retirement |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, FRED | 08/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wash Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 2. Templeton Foreign Fund | B | Dividend | K | T | | | | | |
| 3. Idaho Power, Stock | A | Dividend | J | T | | | | | |
| 4. Mutual Qualified Fund, IRA | A | Dividend | K | T | Part w/d | 12/27 | J | A | |
| 5. Mutual Shares Fund, IRA | B | Dividend | K | T | | | | | |
| 6. Windsor Fund, IRA | C | Dividend | K | T | | | | | |
| 7. Bell South | B | Dividend | K | T | | | | | |
| 8. Midstate Bank Stock | A | Dividend | J | T | | | | | |
| 9. AT&T ** | A | Dividend | J | T | | | | | |
| 10. Qwest | A | Dividend | J | T | | | | | |
| 11. Exxon/Mobil | A | Div | K | T | | | | | |
| 12. Albertsons | A | Dividend | | | sold | 9/28 | J | B | |
| 13. Boeing | A | Dividend | K | T | | | | | |
| 14. Franklin Tax Free High Yield | C | Dividend | L | T | | | | | |
| 15. Royal Dutch Petrol | A | Div | K | T | | | | | |
| 16. American Century Ultra | A | Dividend | J | T | | | | | |
| 17. United Water Idaho | A | Div | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, FRED | 08/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Telephono de Mexico | A | Dividend | K | T | | | | | |
| 19. Bristol Myers | A | Dividend | J | T | | | | | |
| 20. Microsoft | A | Dividend | L | T | | | | | |
| 21. St. Jude Med | A | Dividend | K | T | | | | | |
| 22. Wash Trust Savings | A | Interest | J | T | | | | | |
| 23. Hewlet-Packard | A | Dividend | K | T | | | | | |
| 24. Eric Tel | A | Dividend | K | T | | | | | |
| 25. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 26. Intel | A | Dividend | K | T | | | | | |
| 27. Wash St. Go College | A | Interest | K | T | | | | | |
| 28. Cortland Gen MM | A | Interest | K | T | | | | | |
| 29. Numerica CU | A | Interest | K | T | | | | | |
| 30. Vanguard Tax Exempt MM | A | Interest | J | T | | | | | |
| 31. America Movil (spinoff from Telephono de Mexico) | A | Dividend | K | T | | | | | |
| 32. Clark County Bond | A | Interest | J | T | | | | | |
| 33. Pierce County Bond | A | Interest | J | T | | | | | |
| 34. City of Spokane CLTD 209 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, FRED | 08/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wisconsin Health & Ed | A | Interest | J | T | | | | | |
| 36. Cardinal Health | A | Dividend | | | sold | 3/30 | K | A | |
| 37. Comcast Corp | A | Dividend | J | T | | | | | |
| 38. Agere Sys | A | Dividend | | | sold | 7/13 | J | A | |
| 39. Harley-Davidson | A | Dividend | J | T | | | | | |
| 40. Idaho Housing Authority | A | Interest | J | T | | | | | |
| 41. Suntrust Bank | A | Dividend | J | T | | | | | |
| 42. Wash Higher Ed | A | Interest | J | T | | | | | |
| 43. Highland WA Community | A | Interest | J | T | bought | 1/27 | J | | |
| 44. Home Depot | A | Dividend | J | T | bought | 1/17 | J | | |
| 45. Caldwell United* | A | Dividend | J | T | sold | 7/5 | J | D | |
| 46. Procter & Gamble | A | Dividend | K | T | bought | 3/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*Caldwell United - inherited stock - no certificates - company notified of sale in 2005. Not listed before bacause no knowledge of ownership or value.

**AT&T was not sold last year -- only AT&T wireless was sold

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu⬛ _____ Date _August 18, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544